THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK PENNESTRI and LUCIA PENNESTRI, Appellants.

(Argued March 26, 1930; decided April 8, 1930.)

*Henry Hirschberg* and *Henry Grusky* for appellants. The Appellate Division has power and jurisdiction to grant the enlargement of time for argument of the appeal and to file and perfect the appeal record for good cause shown, even though the motion therefor be made more than ninety days after the filing of the notice of appeal or the granting of a certificate of reasonable doubt. (*People* v. *Kautzman,* 219 App. Div. 461; *Munroe* v. *State,* 223 N. Y. 208; *People* v. *Simmons,* 130 Misc. Rep. 821; *People* v. *Staples,* 91 Cal. 23; *Campbell* v. *State,* 182 Ala. 18.)

*Elmer H. Lemon, District Attorney,* for respondent. The orders dismissing the appeal and denying motions for enlargement of time were proper. (Code Crim. Pro. § 539; *People* v. *Nelson,* 188 N. Y. 234; *People* v. *Hill,* 197 N. Y. 532; *People* v. *Kautzman,* 219 App. Div. 461; 248 N. Y. 506; *People* v. *Dryer,* 227 App. Div. 629; *People* v. *De Laney,* 244 N. Y. 529; *People* v. *Geffin,* 245 N. Y. 75; *People* v. *Campanelli,* 214 N. Y. 37; *People* v. *Chapman,* 225 N. Y. 700; *People ex rel. Hummel* v. *Reardon,* 186 N. Y. 164; *State* v. *Graham,* 184 S. W. Rep. 1190; *State* v. *Leonard,* 250 Mo. 406; *Wiley* v. *Solvay Process Co.,* 215 N. Y. 584.)

*Per Curiam.* Section 535 of the Code of Criminal Procedure, as amended by chapter 464, Laws of 1926,

320

provides that an appeal to the Appellate Division must be brought on for argument within ninety days after the service of the notice of appeal or the granting of a certificate of reasonable doubt, unless the court for good cause shown, shall enlarge the time for that purpose. A similar provision is applicable in capital cases (Code Crim. Pro. § 539).

In the case of *People* v. *Cowan* (245 N. Y. 532) this court said: " The court may, in a proper case and in the exercise of discretion, enlarge the time to bring the case on for argument after it has expired in order to prevent a dismissal."

The same rule should apply under section 535. The order should be reversed and the case remitted to the Appellate Division to decide the motion for enlargement of time and to dismiss the appeal on the merits.

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Ordered accordingly.